AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| Gatekeeper Solutions, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:24-cv-00723 |
| Darktrace, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gatekeeper Solutions, Inc.                                                                                                                      .

Date:     08/16/2024                                                  /s/ Benjamin C. Deming
                                                                                    *Attorney's signature*

                                                              Benjamin C. Deming    TX:24091778
                                                                              *Printed name and bar number*

                                                                                          DNL ZITO
                                                                              1250 Connecticut Ave, NW
                                                                                           Suite 700,
                                                                                 Washington, DC 20036
                                                                                            *Address*

                                                                                 bdeming@dnlzito.com
                                                                                       *E-mail address*

                                                                                     (202) 466-3500
                                                                                    *Telephone number*

                                                                                        *FAX number*